**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOSEPH CASTILLO,** | * | |
| **an individual,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| **v.** | * | |
| | * | **Case No. 5:22-cv-509** |
| **A-MAX INSURANCE SERVICES,** | * | |
| **INC.,** | * | |
| **a domestic corporation,** | * | |
| | * | |
| **DEFENDANT.** | * | |

---

JOINT STIPULATION OF DISMISSAL

---

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 22nd day of July, 2022.

By:*/s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.:  24072374
13423 Blanco Road, San Antonio, TX 78216
Telephone: (210) 504-7874
E-mail:  Duncan@TexasLandLordAttorney.com

By:*/s/ Neil H. Stone*
Neil H. Stone
Counsel for Defendant
State Bar No.:  19308500
737 Isom, San Antonio, TX 78216
Telephone: (210) 349-0511
E-mail:  NStone@gendrysprague.com

## CERTIFICATE OF SERVICE

I certify that, on July 22, 2022, I filed a copy of the foregoing document through the Court's

CM/ECF system, and e-mailed a copy of the document to "nstone@gendrysprague.com."

*/s/ Duncan Strickland*